■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN DIAZ, Appellant. [56 NYS3d 461]—Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered July 29, 2014, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Dillon, J.P., Sgroi, Maltese, Barros and Christopher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE DUREN, Appellant. [56 NYS3d 473]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 15, 2015 (*People v Duren*, 130 AD3d 842 [2015]), determining an appeal from a judgment of the Supreme Court, Nassau County, rendered December 12, 2012, as amended January 16, 2013.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Balkin, J.P., Austin, Sgroi and LaSalle, JJ., concur.